IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-65583-pwb |
| PAULETTE SOLANGE DJACHECHI, | CHAPTER: 13 |
| Debtor. | JUDGE: HONORABLE PAUL W. BONAPFEL |

OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE

COMES NOW Interstate Intrinsic Value Fund, LLC, (hereinafter known as "Creditor"), a secured creditor holding a Security Deed on real property commonly known as 5126 Stoneywood Circle SE, Mableton GA 30126-1955, and for the reasons stated below, objects to confirmation of the Plan and moves to dismiss this case, as follows:

1. On September 20, 2017 Creditor filed a pre-petition arrearage claim in the amount of $37,912.97. The plan calls for an estimated pre-petition arrearage amount of $0.00 and a value of $0.00 at 9.25% interest. Debtor appears to be disputing the debt and fails to provide for the claim in any way. The plan also lists the incorrect property address. Creditor objects to the lack of treatment of its claim in the plan.

2. Creditor reserves the right to raise the failure of Debtor to have made post-petition payments, if at confirmation that appears to be the case.

WHEREFORE, Creditor prays that the Court deny confirmation of the Plan and moves to dismiss this case. Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

/s/ *Bryce Noel*
Bryce Noel, GA Bar #620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: bnoel@aldridgepite.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

| IN RE: | Case No. 17-65583-PWB |
|---|---|
| PAULETTE SOLANGE DJACHECHI, | Chapter 13 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the October 17, 2017, I served a copy of OBJECTION TO CONFIRMATION OF PLAN AND MOTION TO DISMISS CASE which was filed in this bankruptcy matter on the October 17, 2017, in the manner indicated:

**The following parties have been served via e-mail**:

David Visser Houtsma
david@davidhlaw.com

Mary Ida Townson
courtdailysummary@atlch13tt.com

**The following parties have been served via U.S. First Class Mail**:

Paulette Solange Djachechi
2865 Lenox Rd #308
Atlanta, GA 30324

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 17, 2017        Signature: /s/Kewanna D. Vergara
                               Printed Name: KEWANNA D. VERGARA
                               Address:   Aldridge Pite, LLP
                                          Fifteen Piedmont Center
                                          3575 Piedmont Road, N.E., Suite 500
                                          Atlanta, GA 30305
                               Phone:     (858) 750-7600
                               Fax:       (619) 590-1385